# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2936 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 166 DB 2022 |
| v. | : | |
| | : | Attorney Registration No. 200586 |
| THOMAS PATRICK CONNELLY, JR., | : | |
| Respondent | : | (Berks County) |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2023, upon consideration of the Recommendation of the Disciplinary Board and the response thereto, Thomas Patrick Connelly, Jr., is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). He shall comply with all of the provisions of Pa.R.D.E. 217.

    Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).

    This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.